UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONNIE LEE SPARKS | CIVIL ACTION |
| VERSUS | NUMBER: 20-903 |
| GREG CHAMPAGNE, ET AL | SECTION: "I"(5) |

**O R D E R**

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation,[1] and Plaintiff's objections to the Magistrate Judge's Report and Recommendation,[2] hereby overrules Plaintiff's objections and approves and adopts the Magistrate Judge's Report and Recommendation as its opinion herein.[3]

Accordingly,

**IT IS ORDERED** that Defendants' motions are granted in part and that Plaintiff's suit is dismissed without prejudice, but with prejudice for the purpose of proceeding *in forma pauperis* pursuant to 28 U.S.C. §1915.

New Orleans, Louisiana, this 10th day of July, 2020.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] Rec. doc. 12.
[2] Rec. doc. 13.
[3] In overruling Plaintiff's objections, the Court simply notes that the PLRA applies to pre-trial detainees as well as convicted prisoners, *Kingsley v. Hendrickson*, 576 U.S. 389, 402, 135 S.Ct. 2466, 2476 (2015), and Plaintiff's allegations regarding reported deficiencies in the "kiosk" system at NCCC fail to overcome the admission that he made on the face of his complaint that he had not proceeded past step one of the ARP process (rec. doc. 4, p. 3) and Defendants' competent summary judgment evidence on that point. (Rec. doc. 9-2).